Page 1

RECEIVED
WILLIAM ... CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 2008 OCT -1 ... 35

Civil Action No. 08-141 ... STATES
... RT

_____

In Regard to the Matter of:

Bayside State Prison

Litigation

MICHAEL HYER,

      -vs-

WILLIAM H. FAUVER, et al,

      Defendants.

_____

OPINION/REPORT

OF THE

SPECIAL MASTER

    *     *     *     *

THURSDAY, SEPTEMBER 11, 2008

    *     *     *     *

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

1

2

3

4                    Transcript of proceedings in the above

5    matter taken by Theresa O. Mastroianni, Certified

6    Court Reporter, license number 30XI00085700, and

7    Notary Public of the State of New Jersey at the

8    United States District Court House, One Gerry Plaza,

9    Camden, New Jersey, 08102, commencing at 3:25 PM.

10

11

12

13

14

15

16

17

18

19

20              MASTROIANNI & FORMAROLI, INC.

21        Certified Court Reporting & Videoconferencing

22              251 South White Horse Pike

23              Audubon, New Jersey 08106

24                    856-546-1100

25

Page 3

1

A P P E A R A N C E S:

2

3      JAIME KAIGH, ESQUIRE

           - and -

4      RODNEY D. RAY, ESQUIRE

       32 NORTH BLACK HORSE PIKE

5      BLACKWOOD, NEW JERSEY   08012

       856-232-3337

6      856-232-4561

       ATTORNEYS FOR THE PLAINTIFFS

7

8

9      ROSELLI & GRIEGEL, PC

       BY:  MARK ROSELLI, ESQUIRE

10          - and -

       BY:  STEVEN GRIEGEL, ESQUIRE

11     1337 STATE HIGHWAY 33

       HAMILTON SQUARE, NEW JERSEY   08690

12     609-586-2257

       ATTORNEYS FOR THE DEFENDANTS

13

14

15

16

17

18

19

20

21

22

23

24

25

1            JUDGE BISSELL:  We're reopening the

2  record in the case of Michael Hyer versus William

3  Fauver, et al, docket number 08-141.

4           This opinion/report is being issued

5  pursuant to the directives of the Order of Reference

6  to a Special Master and the Special Master's

7  Agreement and the guiding principles of law which

8  underlies this decision to be applied to the facts

9  upon which it is based as set forth in the jury

10  instructions in the Walker and Mejias jury charges to

11  the extent applicable to the allegations of Mr. Hyer.

12           As finalized after review under Local

13  Civil Rule 52.1, this transcript will constitute the

14  written report required under paragraph seven of the

15  Order of Reference to a Special Master.

16           Mr. Hyer was assigned to A Unit and the

17  events which allegedly occurred involved the removal

18  of the inmates from A Unit for the search of that

19  unit.  This occurred on or about August 11th of 1997

20  and I'm going to recount certain parts of his

21  testimony concerning the events in question.

22           The first events occurred upon his

23  extraction from his cell and the revelation of a

24  tattoo which he had which indicated at least at the

25  time apparently it was put in place a membership in

1    the Five Percenters of Islam.

2                    Page 90 beginning at line six.

3                    "Question:  Now, when you were outside

4    the cell, was that tattoo visible to the guards?

5                    "Answer:  Yes, it was.

6                    "Question:  Were any comments made

7    about the tattoo?

8                    "Answer:  He asked me if I was a Five

9    Percenter.  I said I no longer study the Five Percent

10   lessons.  He was, like, we don't like Five Percenters

11   and after that he punched me in the ribs."

12                   The question was where were your hands

13   at the time he punched you in the ribs.  There was an

14   indication that they were interlocked behind his head

15   with his elbows out.

16                   Testimony continues in connection with

17   these incidents at page 91, line 20.

18                   "Question:  Did there come a point when

19   anyone was doing anything to your head?

20                   "Answer:  Yes.  They had pushed my head

21   into the wall.

22                   "Question:  Did you feel some pain from

23   that?

24                   "Answer:  Slight pain, yes.

25                   This occurred, by the way, outside the

Page 6

1    cell.

2              Let me back up there so its easy.

3              "Question:  Before we get to that,

4    though, when you were outside the cell with your

5    hands behind your head, where was your head at that

6    point?

7              "Answer:  My head was in the wall.

8              "Did there come a point where anyone

9    was doing anything to your head?

10             "Answer:  Yes, they had pushed my head

11   into the wall.

12             "Did you feel some pain from that?

13             "Slight pain, yes.

14             "How about from the punch?

15             "From the punch, yeah, it hurt.

16   Punched me in the ribs."

17             Page 93 beginning at line 24.

18             "Did any SOG officers approach you at

19   that point with any kind of questions or inquiries?

20   This is while he was in the gym at this point.

21             "Yeah, a few minutes later one of the

22   SOG officers came over and started asking me my name.

23   By this time I didn't want to answer anything because

24   of what just happened to me about being a Five

25   Percenter and I was scared.  So he asked me my name.

1      I didn't say anything.

2              "Question:  What happened next?

3              "Answer:  He asked me a few more times

4      and I didn't say anything.  Then he was like -- he

5      took the black club and started hitting me in the

6      head saying, inmate, I asked you your name.  I didn't

7      say anything.  So after that a couple other officers

8      came over and took me to the back, drug me to the

9      back and they told me to kneel facing the grill

10     gate."

11             That subject was addressed again on

12     cross-examination and a relevant excerpt beginning on

13     line four of page 116 starting with the question:  "I

14     think you next testified that you were taken to the

15     gym and then you were taken to your location in the

16     middle of the gymnasium, correct?

17             "Yes.

18             "You were asked to sit down, correct?

19             "Yes.

20             "And at that time that's when the

21     officer commenced asking you your name, correct?

22             "Yes.

23             "And you claim that you didn't answer

24     because you were afraid to give him your name,

25     correct?

Page 8

1                    "Yes.

2                    "Now, at some point you said that the

3      officer hit you on the top of your head, correct,

4      with a blackjack?

5                    "Answer:  Yes, with a billy club.

6                    "Go ahead, I'm sorry.

7                    "He was standing on top of me and he

8      was tapping me in the head.  I asked you your name.

9                    "Question:  And he tapped you on the

10     top of your head, do you know how many times?

11                   "Right there approximately four or

12     five.

13                   "Question:  Four or five times?

14                   "Right.

15                   "And, again, I think as a result of

16     that you testified at your deposition that when you

17     got back to your cell you found a little lump on top,

18     correct?

19                   "Yes.

20                   "But, again, there was no bleeding that

21     came as a result of that?

22                   "Answer:  No, no bleeding.

23                   "I think you described it as being

24     tapped on the stop of your head, correct?

25                   "Well, he was bouncing the stick off of

1    my head."

2              And then finally as a part of the

3    alleged incidents here on his direct examination

4    beginning on line two of page 95, he's now in the

5    cage area of the gym.

6              It's actually an answer here.

7              "Yeah, after a few minutes one of the

8    officers came over and he asked me how I was going to

9    repay the officer's wife and children for what

10   happened to that officer.

11             "Do you know who he was referring to?

12             "Not at that time, not at that time, I

13   didn't.

14             "Well, did you have any answer for him?

15             "No, I didn't say anything.

16             "What did he do?

17             "He looked at me, he said I want you to

18   remember my face and he punched me in the face and he

19   spat in my face.

20             "What did he punch you with?

21             "He punched me with his fist."

22             Now, in analyzing this, I have

23   determined that in the instances where this, in fact,

24   occurred, that excessive force was not employed.

25   Now, I realize that the circumstances are very rare

1   under which a punch can be excused, but in Mr. Hyer's

2   case I find that in terms of his recounting of it at

3   the cell that it was somewhat overstated.

4               I also find that the Five Percent

5   Nation, we've had testimony of this on the record in

6   the course of these cases, was perceived as some type

7   of a gang or at least some sort of organization, if

8   you will, within the prison to be discouraged and

9   which might constitute a threat to security.

10  Consequently, a corporal assertion of some dimension

11  at least of correction officer's authority, in order

12  to deliver the message that this type of subculture

13  within prison walls was not to be taken lightly,

14  while perhaps not readily condoned and maybe even

15  tortious under other circumstances, did not rise to

16  the level of excessive force with a sadistic purpose

17  consistent with the definition of the conduct which

18  would support a violation of the United States

19  Constitution.

20              Similarly, with regard to the so-called

21  incidents of pressing his head against the wall

22  outside the cell, while there may have been some

23  touching here, that is also under the circumstances

24  in my view not excessive force and a legitimate

25  exercise of authority for the purpose of putting

1    somebody under control at the beginning of a prisoner

2    movement.  And once again, here is a person whose

3    membership, or at least whose evidence of membership,

4    in a subculture within the prison would have given

5    rise to heightened measures of the assertion of

6    control under the circumstances.

7              Finally, with regard to the incident in

8    the gym, once again, the failure to give his name

9    four and five times over as a product of fear,

10   frankly, is not credible.  Mr. Hyer's name is readily

11   available to all.  One might say why would the guards

12   have even bothered to ask, but it may be that they

13   did so for the purpose of eliciting a response or,

14   once again, to demonstrate that they were the ones

15   who were going to be in control of the dialogue and

16   expected answers to their questions.

17             He refused some five times or other,

18   and indicated that as he refused, he would be tapped

19   on the head lightly with the baton, once again, not

20   excessive force under the circumstances, just as a

21   reminder that they had every right to expect that he

22   would give his name and he should do so.  But he

23   didn't.  They took him to the back area of the gym,

24   that's fairly understandable, removing him from the

25   line.  But at this point, I don't know whether it's a

1   realization of Mr. Hyer that maybe nothing really

2   actionable as yet happened to him as far as how he

3   wants to testify or assert his claim or something

4   else, but I find that the testimony about having an

5   officer get in his face, state remember my face and

6   then punch him in the face and spit in his face, in a

7   room full of people, not only other officers but

8   civilians and the like, is just not credible.

9              I might add at this point, I am not

10  relying upon the purported Internal Affairs report

11  that somehow or other he recanted his statement about

12  being punched when he was examined by Internal

13  Affairs.  That wasn't really established one way or

14  the other.  And that report as such was not admitted

15  into evidence as an exhibit, so I wasn't in a

16  position to examine it.  I just want to make it

17  perfectly clear that while I make no finding as to

18  whether he did or did not recant his statement before

19  the Internal Affairs investigators, I just do not

20  find that this recitation of having been punched

21  squarely in the face and been spit at in the gym with

22  all the people around, including administrators,

23  people from Internal Affairs and ombudsmen, was

24  credible.  And under the circumstances there, that

25  incident, which clearly would, if proven, have been

1    excessive force, I just don't find it's been proven

2    and, in fact, it did not occur.

3              As I mentioned, otherwise the other

4    incidents here were not excessive force and

5    represented at least allowable exercises of force to

6    gain and maintain control of a potentially dangerous

7    inmate, and in the latter instance, response to

8    insubordination about not giving his name to

9    officers.

10             Finally, although not every item of

11   evidence has been discussed in this opinion/report,

12   all evidence presented to the Special Master was

13   reviewed and considered.  For the reasons set forth

14   above, I recommend in this report that the district

15   court enter an order and a judgment of no cause for

16   action with regard to Michael Hyer.

17

18

19

20

21

22

23

24

25

1                          C E R T I F I C A T E

2

3          I, Theresa O. Mastroianni, a Notary Public and

4     Certified Shorthand Reporter of the State of New

5     Jersey, do hereby certify that the foregoing is a

6     true and accurate transcript of the testimony as

7     taken stenographically by and before me at the time,

8     place, and on the date hereinbefore set forth.

9          I DO FURTHER CERTIFY that I am neither a

10    relative nor employee nor attorney nor counsel of any

11    of the parties to this action, and that I am neither

12    a relative nor employee of such attorney or counsel,

13    and that I am not financially interested in the

14    action.

15

16

17

18

19    *Theresa O. Mastroianni*

              Theresa O. Mastroianni, C.S.R.

20            Notary Public, State of New Jersey

              My Commission Expires May 5, 2010

21            Certificate No. XT0857

              Date:  September 11, 2008

22

23

24

25

**A**

accurate 14:6
action 1:2 13:16
  14:11,14
actionable 12:2
add 12:9
addressed 7:11
administrators
  12:22
admitted 12:14
Affairs 12:10,13
  12:19,23
afraid 7:24
Agreement 4:7
ahead 8:6
al 1:8 4:3
allegations 4:11
alleged 9:3
allegedly 4:17
allowable 13:5
analyzing 9:22
answer 5:5,8,20
  5:24 6:7,10,23
  7:3,23 8:5,22
  9:6,14
answers 11:16
apparently 4:25
applicable 4:11
applied 4:8
approach 6:18
approximately
  8:11
area 9:5 11:23
asked 5:8 6:25
  7:3,6,18 8:8
  9:8
asking 6:22 7:21
assert 12:3
assertion 10:10
  11:5
assigned 4:16
attorney 14:10
  14:12
ATTORNEYS
  3:6,12

**B**

Audubon 2:23
August 4:19
authority 10:11
  10:25
available 11:11

back 6:2 7:8,9
  8:17 11:23
based 4:9
baton 11:19
Bayside 1:4
beginning 5:2
  6:17 7:12 9:4
  11:1
billy 8:5
BISSELL 1:19
  4:1
black 3:4 7:5
blackjack 8:4
BLACKWOOD
  3:5
bleeding 8:20,22
bothered 11:12
bouncing 8:25

**C**

C 3:1 14:1,1
cage 9:5
Camden 2:9
case 4:2 10:2
cases 10:6
cause 13:15
cell 4:23 5:4 6:1
  6:4 8:17 10:3
  10:22
certain 4:20
Certificate
  14:21
Certified 2:5,21
  14:4
certify 14:5,9
charges 4:10
children 9:9
circumstances
  9:25 10:15,23

11:6,20 12:24
Civil 1:2 4:13
civilians 12:8
claim 7:23 12:3
clear 12:17
clearly 12:25
club 7:5 8:5
come 5:18 6:8
commenced
  7:21
commencing 2:9
comments 5:6
Commission
  14:20
concerning 4:21
condoned 10:14
conduct 10:17
connection 5:16
Consequently
  10:10
considered
  13:13
consistent 10:17
constitute 4:13
  10:9
Constitution
  10:19
continues 5:16
control 11:1,6
  11:15 13:6
corporal 10:10
correct 7:16,18
  7:21,25 8:3,18
  8:24
correction 10:11
counsel 14:10,12
couple 7:7
course 10:6
court 1:1 2:6,8
  2:21 13:15
credible 11:10
  12:8,24
cross-examina...
  7:12
C.S.R 14:19

**D**

D 3:4
dangerous 13:6
date 14:8,21
decision 4:8
Defendants 1:9
  3:12
definition 10:17
deliver 10:12
demonstrate
  11:14
deposition 8:16
described 8:23
determined 9:23
dialogue 11:15
dimension 10:10
direct 9:3
directives 4:5
discouraged
  10:8
discussed 13:11
district 1:1,1 2:8
  13:14
docket 4:3
doing 5:19 6:9
drug 7:8

**E**

E 3:1,1 14:1,1
easy 6:2
elbows 5:15
eliciting 11:13
employed 9:24
employee 14:10
  14:12
enter 13:15
ESQUIRE 3:3,4
  3:9,10
established
  12:13
et 1:8 4:3
events 4:17,21
  4:22
evidence 11:3
  12:15 13:11,12
examination 9:3

examine 12:16
examined 12:12
excerpt 7:12
excessive 9:24
  10:16,24 11:20
  13:1,4
excused 10:1
exercise 10:25
exercises 13:5
exhibit 12:15
expect 11:21
expected 11:16
Expires 14:20
extent 4:11
extraction 4:23

**F**

F 14:1
face 9:18,18,19
  12:5,5,6,6,21
facing 7:9
fact 9:23 13:2
facts 4:8
failure 11:8
fairly 11:24
far 12:2
Fauver 1:8 4:3
fear 11:9
feel 5:22 6:12
finalized 4:12
finally 9:2 11:7
  13:10
financially
  14:13
find 10:2,4 12:4
  12:20 13:1
finding 12:17
first 4:22
fist 9:21
five 5:1,8,9,10
  6:24 8:12,13
  10:4 11:9,17
force 9:24 10:16
  10:24 11:20
  13:1,4,5
foregoing 14:5

**FORMAROLI**
2:20
**forth** 4:9 13:13
14:8
**found** 8:17
**four** 7:13 8:11
8:13 11:9
**frankly** 11:10
**full** 12:7
**FURTHER** 14:9

**G**
**gain** 13:6
**gang** 10:7
**gate** 7:10
**Gerry** 2:8
**give** 7:24 11:8,22
**given** 11:4
**giving** 13:8
**Go** 8:6
**going** 4:20 9:8
11:15
**GRIEGEL** 3:9
3:10
**grill** 7:9
**guards** 5:4 11:11
**guiding** 4:7
**gym** 6:20 7:15
9:5 11:8,23
12:21
**gymnasium** 7:16

**H**
**H** 1:8
**HAMILTON**
3:11
**hands** 5:12 6:5
**happened** 6:24
7:2 9:10 12:2
**head** 5:14,19,20
6:5,5,7,9,10
7:6 8:3,8,10,24
9:1 10:21
11:19
**heightened** 11:5
**hereinbefore**

14:8
**HIGHWAY**
3:11
**hit** 8:3
**hitting** 7:5
**HONORABLE**
1:19
**Horse** 2:22 3:4
**House** 2:8
**hurt** 6:15
**Hyer** 1:6 4:2,11
4:16 12:1
13:16
**Hyer's** 10:1
11:10

**I**
**incident** 11:7
12:25
**incidents** 5:17
9:3 10:21 13:4
**including** 12:22
**indicated** 4:24
11:18
**indication** 5:14
**inmate** 7:6 13:7
**inmates** 4:18
**inquiries** 6:19
**instance** 13:7
**instances** 9:23
**instructions**
4:10
**insubordination**
13:8
**interested** 14:13
**interlocked** 5:14
**Internal** 12:10
12:12,19,23
**investigators**
12:19
**involved** 4:17
**Islam** 5:1
**issued** 4:4
**item** 13:10

**J**

**JAIME** 3:3
**Jersey** 1:1 2:7,9
2:23 3:5,11
14:5,20
**JOHN** 1:19
**JUDGE** 4:1
**judgment** 13:15
**jury** 4:9,10

**K**
**KAIGH** 3:3
**kind** 6:19
**kneel** 7:9
**know** 8:10 9:11
11:25

**L**
**law** 4:7
**legitimate** 10:24
**lessons** 5:10
**level** 10:16
**license** 2:6
**lightly** 10:13
11:19
**line** 5:2,17 6:17
7:13 9:4 11:25
**Litigation** 1:5
**little** 8:17
**Local** 4:12
**location** 7:15
**longer** 5:9
**looked** 9:17
**lump** 8:17

**M**
**maintain** 13:6
**MARK** 3:9
**Master** 1:5,19
4:6,15 13:12
**Master's** 4:6
**Mastroianni** 2:5
2:20 14:3,19
**matter** 1:3 2:5
**measures** 11:5
**Mejias** 4:10
**membership**

4:25 11:3,3
**mentioned** 13:3
**message** 10:12
**Michael** 1:6 4:2
13:16
**middle** 7:16
**minutes** 6:21 9:7
**movement** 11:2

**N**
**N** 3:1
**name** 6:22,25
7:6,21,24 8:8
11:8,10,22
13:8
**Nation** 10:5
**neither** 14:9,11
**New** 1:1 2:7,9,23
3:5,11 14:4,20
**NORTH** 3:4
**Notary** 2:7 14:3
14:20
**number** 2:6 4:3

**O**
**O** 2:5 14:3,19
**occur** 13:2
**occurred** 4:17
4:19,22 5:25
9:24
**officer** 7:21 8:3
9:10 12:5
**officers** 6:18,22
7:7 9:8 12:7
13:9
**officer's** 9:9
10:11
**ombudsmen**
12:23
**once** 11:2,8,14
11:19
**ones** 11:14
**opinion/report**
1:4 4:4 13:11
**order** 4:5,15
10:11 13:15

**organization**
10:7
**outside** 5:3,25
6:4 10:22
**overstated** 10:3

**P**
**P** 3:1,1
**page** 5:2,17 6:17
7:13 9:4
**pain** 5:22,24
6:12,13
**paragraph** 4:14
**part** 9:2
**parties** 14:11
**parts** 4:20
**PC** 3:9
**people** 12:7,22
12:23
**perceived** 10:6
**Percent** 5:9 10:4
**Percenter** 5:9
6:25
**Percenters** 5:1
5:10
**perfectly** 12:17
**person** 11:2
**Pike** 2:22 3:4
**place** 4:25 14:8
**PLAINTIFFS**
3:6
**Plaza** 2:8
**PM** 2:9
**point** 5:18 6:6,8
6:19,20 8:2
11:25 12:9
**position** 12:16
**potentially** 13:6
**presented** 13:12
**pressing** 10:21
**principles** 4:7
**prison** 1:4 10:8
10:13 11:4
**prisoner** 11:1
**proceedings** 2:4
**product** 11:9

proven 12:25
  13:1
Public 2:7 14:3
  14:20
punch 6:14,15
  9:20 10:1 12:6
punched 5:11,13
  6:16 9:18,21
  12:12,20
purported 12:10
purpose 10:16
  10:25 11:13
pursuant 4:5
pushed 5:20
  6:10
put 4:25
putting 10:25

**Q**

question 4:21
  5:3,6,12,18,22
  6:3 7:2,13 8:9
  8:13
questions 6:19
  11:16

**R**

R 3:1 14:1
rare 9:25
RAY 3:4
readily 10:14
  11:10
realization 12:1
realize 9:25
really 12:1,13
reasons 13:13
recant 12:18
recanted 12:11
recitation 12:20
recommend
  13:14
record 4:2 10:5
recount 4:20
recounting 10:2
Reference 4:5
  4:15

referring 9:11
refused 11:17,18
regard 1:3 10:20
  11:7 13:16
relative 14:10,12
relevant 7:12
relying 12:10
remember 9:18
  12:5
reminder 11:21
removal 4:17
removing 11:24
reopening 4:1
repay 9:9
report 4:14
  12:10,14 13:14
Reporter 2:6
  14:4
Reporting 2:21
represented
  13:5
required 4:14
response 11:13
  13:7
result 8:15,21
revelation 4:23
review 4:12
reviewed 13:13
ribs 5:11,13 6:16
right 8:11,14
  11:21
rise 10:15 11:5
RODNEY 3:4
room 12:7
ROSELLI 3:9,9
Rule 4:13

**S**

S 3:1
sadistic 10:16
saying 7:6
scared 6:25
search 4:18
security 10:9
September 1:13
  14:21

set 4:9 13:13
  14:8
seven 4:14
Shorthand 14:4
Similarly 10:20
sit 7:18
six 5:2
Slight 5:24 6:13
SOG 6:18,22
somebody 11:1
somewhat 10:3
sorry 8:6
sort 10:7
South 2:22
so-called 10:20
spat 9:19
Special 1:5,19
  4:6,6,15 13:12
spit 12:6,21
SQUARE 3:11
squarely 12:21
standing 8:7
started 6:22 7:5
starting 7:13
state 1:4 2:7
  3:11 12:5 14:4
  14:20
statement 12:11
  12:18
States 1:1 2:8
  10:18
stenographica...
  14:7
STEVEN 3:10
stick 8:25
stop 8:24
study 5:9
subculture
  10:12 11:4
subject 7:11
support 10:18

**T**

T 14:1,1
taken 2:5 7:14
  7:15 10:13

14:7
tapped 8:9,24
  11:18
tapping 8:8
tattoo 4:24 5:4,7
terms 10:2
testified 7:14
  8:16
testify 12:3
testimony 4:21
  5:16 10:5 12:4
  14:6
Theresa 2:5 14:3
  14:19
think 7:14 8:15
  8:23
threat 10:9
THURSDAY
  1:13
time 4:25 5:13
  6:23 7:20 9:12
  9:12 14:7
times 7:3 8:10
  8:13 11:9,17
told 7:9
top 8:3,7,10,17
tortious 10:15
touching 10:23
transcript 2:4
  4:13 14:6
true 14:6
two 9:4
type 10:6,12

**U**

underlies 4:8
understandable
  11:24
unit 4:16,18,19
United 1:1 2:8
  10:18

**V**

versus 4:2
Videoconfere...
  2:21

view 10:24
violation 10:18
visible 5:4
vs 1:7

**W**

W 1:19
Walker 4:10
wall 5:21 6:7,11
  10:21
walls 10:13
want 6:23 9:17
  12:16
wants 12:3
wasn't 12:13,15
way 5:25 12:13
We're 4:1
we've 10:5
White 2:22
wife 9:9
William 1:8 4:2
written 4:14

**X**

XIO857 14:21

**Y**

yeah 6:15,21 9:7

**0**

08-141 1:2 4:3
08012 3:5
08102 2:9
08106 2:23
08690 3:11

**1**

11 1:13 14:21
11th 4:19
116 7:13
1337 3:11
1997 4:19

**2**

20 5:17
2008 1:13 14:21
2010 14:20

**24** 6:17
**251** 2:22

**3**
**3:25** 2:9
**30X100085700**
  2:6
**32** 3:4
**33** 3:11

**5**
**5** 14:20
**52.1** 4:13

**6**
**609-586-2257**
  3:12

**8**
**856-232-3337**
  3:5
**856-232-4561**
  3:6
**856-546-1100**
  2:24

**9**
**90** 5:2
**91** 5:17
**93** 6:17
**95** 9:4